Guy P. Michelson, WSBA No. 07017
William H. Walsh, WSBA No. 21911
CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
gmichelson@corrcronin.com
wwalsh@corrcronin.com
Phone: (206) 625-8600
Fax: (206) 625-0900

Attorneys for Plaintiff ExxonMobil Corporation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| EXXONMOBIL CORPORATION, a New Jersey corporation,<br><br>Plaintiff,<br><br>v.<br><br>FREEMAN HOLDINGS, LLC, a Kansas Limited Liability Company; FREEMAN HOLDINGS OF WASHINGTON, LLC, a Washington Limited Liability Company, d/b/a Million Air - Moses Lake,<br><br>Defendants. | No. CV-2009-390 EFS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**<br><br>**Hearing Date: October 27, 2010**<br><br>**JUDGE EDWARD F. SHEA** |

ORDER GRANTING PLAINTIFF'S MOTION
FOR ENTRY OF STIPULATED ORDER
(No. CV-09-390 EFS)

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## ORDER

The Court having reviewed Plaintiff's Motion for Entry of the Stipulated Confidentiality Agreement and Protective Order, and being duly advised, this Court hereby orders, pursuant to Fed Civ. R. Proc. 26(c), that the parties' disclosure and exchange of confidential information, as defined, is hereby governed by the Stipulated Confidentiality Agreement and Protective Order, and Now Therefore,

**IT IS HEREBY ORDERED** that the Motion for Entry of the Stipulated Confidentiality Agreement and Protective Order is GRANTED.

**IT IS FURTHERED ORDERED** that the Stipulated Confidentiality Agreement and Protective Order is hereby APPROVED and entered by this Court.

DATED this ___25th___ day of October, 2010.

s/ Edward F. Shea
_____
The Hon. Edward F. Shea
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF STIPULATED ORDER
(No. CV-09-390 EFS) – Page 1

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900